**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

RECEIVED
OCT 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:
District of Columbia
Serve: Adrian Fenty Mayor
441 4th St., NW
Washington, DC 20001

Civil Action, File Number __CA-07-1674 JR__

__Steven Jones__

V.

__James Ritter, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... your signature your authority.

07-1674   10-1-07   BB

___ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... behalf you are being served) must answer the ... ent by default will be taken against you for the

... pt of Summons and Complaint By Mail was

(USMS Official)

COMPLAINT
complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
District of Columbia
Serve: Adrian Fenty Mayor

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0004 6579 1200

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED OCT - 5 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT