UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN JONES, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-1674 (JR) |
| ) | |
| v. ) | |
| ) | |
| JAMES RITTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia, by and through its undersigned counsel, respectfully requests that the Court grant the District Defendants an additional thirty (30) days to respond to Plaintiff's Complaint.

1. Undersigned counsel was recently assigned this case. It appears that the District of Columbia may have been served on October 3, 2007, therefore a responsive pleading is due on October 23, 2007.

2. The District of Columbia requires additional time to investigate the assertions Plaintiff makes in his Complaint. Plaintiff makes numerous allegations regarding alleged use of excessive force by three Metropolitan Police Department officers. Plaintiff has named the three officers, as well as the former Chief of Police. The District therefore needs additional time to contact the police officers and obtain the relevant files.

3. The District submits that its request for additional time will not prejudice any party, particularly as the four individual defendants have not yet been served.

4. Thus, the District requests an additional thirty (30) days, up to and including November 22, 2007, to file a responsive pleading to the Complaint.

5. Pursuant to LCvR 7(m), undersigned counsel was not able to ascertain Plaintiff's position on this Motion as Plaintiff is currently incarcerated.

Thus, the District respectfully requests that the Court grant it an extension of time, up to and including November 22, 2007, to file a responsive pleading.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


   /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


     /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN JONES, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-1674 (JR) |
| ) | |
| v. ) | |
| ) | |
| JAMES RITTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 4.

2. Fed. R. Civ. P. 6(b).

3. Fed. R. Civ. P. 12.

4. The interests of justice and the inherent power of this Court.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

  /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001

        (202) 724-6534
        Fax: (202) 727-3625
        shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES RITTER, *et al.*, )<br>)<br>Defendants. )<br> ) | C.A. No. 07-1674 (JR) |

**ORDER**

Before the Court is the District of Columbia's Motion for an Extension of Time to File a Response to Plaintiff's Complaint. Upon consideration of the District of Columbia's Motion, it is this _____ day of _____, 2007:

**ORDERED** that the Motion is **granted**; and it is

**FURTHER ORDERED** that the District of Columbia shall have up to and including November 22, 2007 to file a response to Plaintiff's Complaint

_____
Hon. James Robertson
United States District Judge