**U.S. Department of Justice**
United States Marshals Service

# RECEIVED

NOV 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
M. Boland, MPD
1805 Blandensburg Rd., NE 5th District
Washington, DC 20002
Official Capacity

Civil Action, File Number __CA-07-1674-JR__

__Steven Jones__

V.

__James Ritter, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association... your signature your relationship to that entity. If ... st indicate under your signature your authority.

10-1-07   BB

____ days, you (or the party on whose behalf you ... mplaint in any other manner permitted by law.

... behalf you are being served) must answer the ... nt by default will be taken against you for the

... pt of Summons and Complaint By Mail was

MS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
M. Boland, MPD

Official Capacity

2. Article Number
(Transfer from service label)
7007 0710 0004 6579 1170

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Boland
☐ Agent
☒ Addressee

B. Received by (Printed Name)
Boland
C. Date of Delivery
10-21-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[WASH., DC NATIONAL OCT 21 2007 postmark]

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

OMPLAINT
mplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

**RECEIVED**

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

NOV 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the
_____ District of __Columbia__

TO:

M. Boland, MPD
1805 Bladensburg rd. NE 5th District
Washington, DC 20002
Indiidual Capacity

Civil Action, File Number __CA-07-1674 JR__

__Steven Jones__
V.
__James Ritter, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) must answer the summons and complaint in any other manner permitted by law.

[default will be taken against you for the]

of Summons and Complaint By Mail was

(MS Official)

COMPLAINT
complaint in the above captioned manner at

___ber and Street Name or P.O. Box No.

___ind Zip Code

Signature _____

Relationship to Entity/Authority to Receive _____

Service of Process _____

Date of Signature _____

Form USM-299

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
M. Boland, MPD
Individual Capacity

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Boland
☐ Agent
☒ Addressee

B. Received by (Printed Name)
Boland

C. Date of Delivery
10-21-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7007 0710 0004 6579 1187

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540