UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STEVEN JONES,                       )
                                    )
        Plaintiff,              )
                                    )
  v.                                )  Civil Action No. 07-1674 (JR)
                                    )
JAMES RITTER, *et al.*,             )
                                    )
        Defendants.             )
_____ )

## ORDER

      Before the Court is a motion to dismiss filed on behalf of defendants District of Columbia, Charles Ramsey, and Michael Boland. Because a ruling on the motion may dispose of this action as against these defendants, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

      Plaintiff is advised that the Court will rule on the defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion. Further, the plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire[.]

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

**ORDERED** that, on or before **December 7, 2007**, plaintiff shall file his opposition or response to the motion to dismiss filed on behalf of defendants District of Columbia, Charles Ramsey, and Michael Boland. If plaintiff fails to respond timely, the Court may grant defendants' motion as conceded. It is

**FURTHER ORDERED** that the District's motion for an extension of time [6] is **granted** *nunc pro tunc*.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge