UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN JONES,  )
       Plaintiff,  )     JUDGE ROBERTSON
v.  )
  )     Case No. 07-1674
JAMES RITTER et. al.,  )
       Defendants.  )
  )

## MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS

**NOW COMES** Plaintiff Steven Jones and respectfully moves for an order to strke defendants motion to dismiss pursuant to the following grounds:

1). Defendants filed an action styled as a "Motion to Dismiss" and the plaintiff finds it to be deficient because it lacks a certificate of service as required. See Fed.R.Civ.P 5(d);

2). The document should be STRICKEN with prejudice to the filing of this document because the initial time limitations has expired, to which defendants had ample time to fix the defects in their petition before the November 22, 2007 deadline;

3). Since the time limitations has lapsed for defendants to either amend the deficiencies to their petition which lacked a certificate of service, this Court should order that defendants respond to the allegations of the complaint.

## CONCLUSION

WHEREFORE, for the reasons stated herein, plaintiff requests an order to strike defendants motion to dismiss as defective for lack of a certificate of service.

Respectfully submitted,

*Steven Jones*

Steven Jones
Reg. No. 30306-007
P.O. Box 6000
Glenville, WV 26351

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following motion to strike defendants motion to dismiss was served, via United States, to be delivered to counsel for the defendants as follow:

Ms. Shana Frost
Assistant Attorney General
441 4th Street, NW, 6 floor
South Washington, DC 20001
(202) 727-3625

on this 26 day of November, 2007.

*Steven Jones*
Steven Jones

(2)