UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN JONES,
    Plaintiff,

v.

JAMES RITTER et. al.,
    Defendants.

JUDGE ROBERTSON

Case No. 07-1674

**MOTION FOR APPOINTMENT OF COUNSEL**

**NOW COMES** Plaintiff Steven Jones as the plaintiff in the above-styled action and respectfully moves this court pursuant to Title 28 U.S.C. §1915 (e) (1), for an order appointing counsel in this case. In Support, plaintiff states:

1. Plaintiff is unable to afford counsel and that he was granted permission to proceed informa pauperis on September 14, 2007;

2. Plaintiff seeks an order appointing counsel due to the complex issues present in this case, and because the case will require significant amounts of research and investigation on an expert level;

3. Plaintiff has very limited knowledge of the law and appointment of counsel is needed to obtain expert witnesses, to obtain declarations from witnesses to be used against defendants at a subsequent trial in this matter, and to cross-examine defense witnesses, if called in this matter.

## CONCLUSION

WHEREFORE, plaintiff requests that this Court appoint a member of the bar association, as counsel in this case to further argue the cause outlined in the complaint.

Respectfully submitted,

*Steven Jones*
Steven Jones
Reg. No. 30306-007
P.O. Box 6000
Glenville, WV   26351

## CERTIFICATE OF SERVICE

A copy of the foregoing motion for appointment of counsel was appropriately served on defendants counsel as follow:

Shana L. Frost
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC   20001
(202) 727-3625

on this 26 day of November, 2007.

*Steven Jones*
Steven Jones

2.