UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN JONES

VS.

C.A. No. 07-1674 JR

JAMES RITTER, ET AL

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: JAMES RITTER        (202) 698-0658-Work Phone

Defendant's address: 1805 BLADENSBURG RD. N.E.


Defendant's name: STEVEN PRADE        (202) 698-0658-Work Phone

Defendant's address: 1805 BLADENSBURG RD. N.E.

Washington, D.C.    See Also, (Attachment)

Defendant's name:

Defendant's address:


Defendant's name:

Defendant's address:


Defendant's name:

Defendant's address:


Defendant's name:

# METROPOLITAN POLICE DEPARTMENT
## Washington, D. C.
### ARREST/PROSECUTION REPORT
P.D. 163 Rev. 5/2002        G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | 050504722 |
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | JONES, STEVEN ROBERT |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | BOLAND, M |
| Rank | OFC |
| Badge # | 108 |
| Agency | 5D |
| 9. TYPE OF RELEASE | ☐ CITATION ☐ BOND ☐ COLLATERAL |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | NO PHONE |
| 12. COURT DATE | 11-09-05 |
| 13. ADDRESS | 812 TAYLOR STYREET N.E. #4 |
| 14. TIME IN D.C. | LIFE |
| 15. ☐ CHILD ABUSE ☐ GANG ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE / SPECIAL INTELLIGENCE | |
| 16. SEX | Male |
| 17. RACE | Black |
| 18. BIRTHDATE | 3/26/79 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 20. NEED INTERPRETER | ☐ YES ☒ NO |
| 21. HEIGHT | 6'1 |
| 22. WEIGHT | 180 |
| 23. HAIR | BLK |
| 24. EYES | BRO |
| 25. COMPLEX | Light |
| 26. PERMIT NO/ST | |
| 27. BIRTHPLACE (City & State) | WDC |
| 28. CO-DEFENDANTS: Number 1 | 1. GUION, DANIEL, 4015 9TH STREET NE #2 |
| 29. IMPERSONATOR? | ☐ M ☐ F ☒ NO |
| 30. ETHNICITY | |
| 31. CAUTION | FIGHTS POLICE |
| 32. SCARS/MARKS/TATTOOS | |
| 33. HAT | |
| 34. JACKET | BLK |
| 35. PANTS | BLUE |
| 36. COAT | |
| 37. SHIRT | BLK |
| 38. SKIRT/DRESS | |
| CHECK MADE BY | BOLAND, M |
| 39. WALES/NCIC CHECK – NCIC NUMBER | 56550 |
| WARRANT ON FILE | Yes ☐ No ☒ |
| 40. LOCATION OF OFFENSE | 9TH AND TAYLOR STREET N.E. |
| 40. LOCATION OF ARREST | 900 BLOCK OF TAYLOR STREET N.E. |
| DATE OF OFFENSE | 11-08-05 |
| TIME OF OFFENSE | 2022 |
| DATE OF ARREST | 11-08-05 |
| TIME OF ARREST | 2030 |
| 42. ASSISTING OFFICER'S NAME | RITTER, OFC, 4269, 5D |
| ASSISTING OFFICER'S NAME | PRADE, OFC, 411, 5D |
| 45. SPEC. OPS | 5DFMT |
| 46. TACTICS | 1 - Routine Patrol |
| 47. PREMISES | 1 - Street |
| 48. SCHOOL ZONE / PUBLIC HOUSING | ☐ ☐ |

### CHARGES

| # | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|---|
| 1 | FELON IN POSSESSION OF A FIREARM | | 152-258 | Lock up | |
| 2 | APO WHILE ARMED * 2 | | 152-258 | Lock up | |
| 3 | UF | | 152-258 | Lock up | |
| 4 | UA | | 152-258 | Lock up | |
| 5 | | | | | |

| Field | Value |
|---|---|
| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE – PROPERTY BOOK/ PAGE NO. | 1346 PAGE |
| CSES NO. | |
| 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | |
| 53. RIGHT THUMB PRINT | |
| 52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS | ARMED AND VIOLENT |

DISTRIBUTION: Page 1 to ID & R; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK