**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | ) | |
| **STEVEN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-1674 (JR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES RITTER,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION TO DISMISS FILED ON BEHALF OF JAMES RITTER**

The District of Columbia, by and through undersigned counsel and pursuant to

Fed. R. Civ. P. 12(b)(5), respectfully requests that this Court dismiss James Ritter from

the above-captioned matter.  As explained more fully in the accompanying Memorandum

of Points and Authorities, Mr. Ritter has not been employed with the Metropolitan Police

Department and was not properly served with process.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


    /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


    /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South

Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2008, I caused the foregoing
District of Columbia's Second Motion to Dismiss to be electronically filed with the Court
and to be served on the *pro se* Plaintiff via first class mail, postage prepaid:

Steven Jones
Reg. No. 30306-007
P.O. Box 6000
Glenville, WV 26351

 /s/  Shana L. Frost_____
Shana L. Frost
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **STEVEN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-1674 (JR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES RITTER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE**
**MOTION TO DISMISS FILED ON BEHALF OF JAMES RITTER**

Plaintiff filed the above-captioned lawsuit on September 21, 2007.  On February 28, 2008, an Affidavit of Service was filed indicating that the U.S. Marshal's Service served James Ritter by leaving a copy of the summons and complaint at the Metropolitan Police Department's 5th District Station with Officer Heriberto Montanez on February 12, 2008.  *See* Dkt. Entry # 19.  The Clerk calendared April 14, 2008 as the date for Mr. Ritter to file a response to Plaintiff's Complaint. *Id.*

Federal Rule of Civil Procedure 4(e) governs the service of process upon individuals within a judicial district of the United States.  This rule states as follows:

 (e)  Unless federal law provides otherwise, an individual – other than a minor, an incompetent person, or a person whose waiver has been filed – may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:
   (A) delivering a copy of the summons and of the complaint to the individual personally;

     (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

     (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e).

As demonstrated by Exhibit 1, Mr. Ritter has not been employed with the Metropolitan Police Department since July, 2006.  *See* Ex. 1 (SF-50, Ritter Resignation). As such, it is impossible for Mr. Ritter to have been served at MPD's Fifth District in 2008.  Moreover, service of process upon an individual's former colleague at a place where the individual has not worked for over a year simply is not valid service under the law.

Judges of this Court have also recognized that "[t]he law is clear that 'the party on whose behalf service is made has the burden of establishing its validity when challenged.'"  *Winder v. Erste*, 2005 U.S. Dist. LEXIS 5190 at \*8 (D.D.C. Mar. 31, 2005) (Bates, J.), quoting *Light v. Wolf*, 816 F.2d 746, 751 (D.C. Cir. 1987); *see also Norlock v. City of Garland*, 768 F.2d 654, 656 (D.C. Cir. 1985) ("Once the validity of service of process has been contested, the plaintiff must bear the burden of establishing its validity.") (internal citations and quotations omitted).  Here, Plaintiff cannot meet his burden of proving proper service upon Mr. Ritter.  Thus, pursuant to Fed. R. Civ. P. 12(b)(5), Mr. Ritter must be dismissed from this lawsuit.

                    Respectfully submitted,

                    PETER J. NICKLES
                    Interim Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

   /s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


    /s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEVEN JONES,** ) | |
| ) | |
| **Plaintiff,** ) | **C.A. No. 07-1674 (JR)** |
| ) | |
| **v.** ) | |
| ) | |
| **JAMES RITTER,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Before the Court is the Motion to Dismiss filed on behalf of James Ritter. Upon

consideration of the Motion, and any response or reply thereto, and the entire record

herein, it is this ___ day of _____, 2008:

**ORDERED** that the Motion to Dismiss James Ritter be and hereby is **granted;**

and it is

**FURTHER ORDERED** that James Ritter be and hereby is **dismissed** from this

matter**.**

_____
James Robertson
United States District Judge

Copies served upon:

Assistant Attorney General Shana Frost
(via ECF)

Steven Jones
Reg. No. 30306-007
P.O. Box 6000
Glenville, WV 26351

Standard Form 50
Rev 3/06
District of Columbia Government

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) Ritter Jr.,James R | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 07-22-2006 |
|---|---|---|---|

| FIRST ACTION | | | SECOND ACTION | |
|---|---|---|---|---|

| 5-A. Code 317 | 5-B. Nature of Action Resignation | NTE: | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 5-C. Code 065 | 5-D. Legal Authority DPM  Chapter 31B Def Termination & Non Pay | | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number OFFICER PD:  002964          Position:          00000764 | 15. TO: Position Title and Number |
|---|---|

| 8.Pay Plan PS | 9.Occ. CD 0000 | 10.Grd/Lvl 01 | 11.Step/Rate 6 | 12.Tot. Salary $59,315.00 | 13.Pay Basis PA | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay $59,315.00 | | 12B. Locality Adj. $0 | 12C. Adj. Basic Pay $59,315.00 | 12D. Other Pay $0 | | 20A. Basic Pay | | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | |

| 14. Name and Location of Position's Organization Metropolitan Police Department Executive Assistant Chief - EA ROC Central Fifth District Fifth District 13020500 Washington DC USA | 22. Name and Location of Position's Organization |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1  1-None   3-10 Point/Disability   5-10 Point/Other  2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | 24. Tenure 0-None   2-Conditional  1-Permanent   3-Indefinite | 25. Agency Use | 26. Veterans Preference for RIF  YES  X  NO |
|---|---|---|---|
| 27. FEGLI C0     Basic + Option C (4x) | 28. Annuitant Indicator 9    Not Applicable | | 29. Pay Rate Determinant 0    Regular Rate |
| 30. Retirement Plan 6   MPD Retirement 8% With Med | 31. Service Comp. Date (Leave) 08-14-1995 | 32. Work Schedule F    Full Time | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 1   1-Competitive Service 3-SES General   2-Excepted Service   4-SES Career Reserved | 35. FLSA Category E-Exempt N  N-Nonexempt | 36. Appropriation Code | 37. Union Code / Barg Unit 305 / |
|---|---|---|---|
| 38. Employee Class | 39. Other Benefits DPF : | | |

| 40. EMPLID/RCD 00000780 /   0 | 41.DRBCD | 42. DEPT ID FA20000121 | 43. Location ID LOCDC00157 | 44. Date Processed 08-11-2006 |
|---|---|---|---|---|

Address:

45. Remarks
- RESIGNED TO FURTHER EDUCATION.                                                       LUMP SUM ANNUAL LEAVE PAYME

| 46. Employing Department or Agency District Of Columbia Govt Metropolitan Police Department | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code DCGFA | 48. Personnel Office ID FA01 | 49. Approval Date 08-10-2006 | |

1 -        **Employee Copy**