UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN JONES,  )
          )
      Plaintiff,  )
          )
  v.  )  Civil Action No. 07-1674 (JR)
          )
JAMES RITTER, *et al.*,  )
          )
      Defendants.  )

## ORDER

Before the Court are motions to dismiss filed on behalf of Steven Prade and James Ritter. Because a ruling on the motions may dispose of certain claims against these defendants, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendants' motions taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motions. Further, the plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).

Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendants' motions in this case carries with it the risk that the case or portions of this case will be dismissed.

**ORDERED** that, on or before **May 5, 2008**, plaintiff shall file his opposition or response to the motions to dismiss filed on behalf of Steven Prade and James Ritter. If plaintiff fails to respond timely, the Court may grant defendants' motions as conceded.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge