UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEVEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1674  (JR) |
| | ) | |
| JAMES RITTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion of Defendants District of Columbia, Michael Boland and Charles Ramsey to Dismiss Plaintiff's Complaint [Dkt. #8] is **GRANTED IN PART**. Plaintiff's Fourteenth Amendment claims are dismissed, as are all claims against defendant Ramsey in his official and individual capacities and those against defendants Boland and Prade in their official capacities. Plaintiff's abuse of process, negligence and gross negligence claims are dismissed. In all other respects, defendants' motion is **DENIED** without prejudice. It is further

**ORDERED** that Officer Steven Prade's Motion to Dismiss [Dkt. #22] is **DENIED** without prejudice. It is further

**ORDERED** that the District of Columbia's Second Motion to Dismiss [Dkt. #20] is **GRANTED** as conceded. Plaintiff's assault, battery, and abuse of process claims against the District of Columbia are dismissed. It is further

**ORDERED** that the Motion to Dismiss Filed on Behalf of James Ritter [Dkt. #23] is **GRANTED** as conceded.  Defendant Ritter in his official and individual capacities is dismissed without prejudice as a party to this action.  It is further

**ORDERED** that plaintiff's Motion to Strike Defendants['] Motion to Dismiss [Dkt. #11] is **DENIED**.  It is further

**ORDERED** that plaintiff's Motion for Appointment of Counsel [Dkt. #12] is **GRANTED**.  Pursuant to Local Civil Rule 83.11, the Clerk of Court shall appoint counsel from the Civil Pro Bono Panel to represent plaintiff in this action.  The Clerk is directed to set a scheduling conference as soon as practicable after the entry of appearance by appointed counsel.  See LcvR 83.11(b)(5)(ii).

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge