UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1674 (JR) |
| ) | |
| JAMES RITTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is a second motion to dismiss filed on behalf of the District of Columbia. Because a ruling on the motion may dispose of certain claims against the District, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion. Further, the plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).

Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

**ORDERED** that, on or before **May 5, 2008**, plaintiff shall file his opposition or response to the District of Columbia's second motion to dismiss. If plaintiff fails to respond timely, the Court may grant defendant's motion as conceded.

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge

STEVEN JONES
R30306-007
GILMER
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 6000
GLENVILLE, WV 26351

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

(Dft no longer in BOP custody)
no forwarding address

RETURN TO SENDER

WRvT

NIXIE        250   DE  1           00   06/21/08
       RETURN TO SENDER
         REFUSED
       UNABLE TO FORWARD
BC: 20001289999        *2131-10018-18-35

Nancy Mayer Whittington,
US District Court, District of Columbia

JUN 23 2008

Received
MAILED FROM ZIP CODE 20001
APR 17 2008
$00.41⁰
PITNEY BOWES