UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN JONES,                       :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 07-1674 (JR)
                                    :
JAMES RITTER, *et al.*,             :
                                    :
        Defendants.                 :

### ORDER

The copies of this Court's memorandum and order of 7/16/08 [dkt ## 26, 27] that were mailed to Mr. Jones at the address he provided with his complaint were returned as undeliverable. The Bureau of Prison's inmate locator system returns a "not in BOP custody" message. Mr. Jones is obligated by LCvR 5.1(e)(1) to provide notice of any change of address, and he has so far failed to do so. It is by the Court sua sponte **ORDERED** that the order of 7/16/08 [#27] is **vacated** and that all proceedings in this case are **stayed**. If Mr. Jones does not reappear by 8/29/08, this case will be **dismissed without prejudice**.


                                        JAMES ROBERTSON
                                    United States District Judge