AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven Jones,

       Plaintiff(s)       )   **APPEARANCE**

       vs.       )   CASE NUMBER   Civil Action No. 07-1674(JR)

James Ritter, et al.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Justin A. Okezie, Esq.  as counsel in this
(Attorney's Name)

case for: Steven Jones
(Name of party or parties)

August 29, 2008
Date

/s/ [Signature]
Signature

477593
BAR IDENTIFICATION

Justin A. Okezie, Esq.
Print Name

7272 Wisconsin Avenue, Suite 300
Address

Bethesda, Maryland 20814
City   State   Zip Code

(301) 941-1932 / (202) 257-8308
Phone Number