UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN JONES, </br></br> Plaintiff, </br></br> v. </br></br> JAMES RITTER, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-1674 (JR) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS'
MOTIONS TO DISMISS AND FOR OTHER APPROPRIATE RELIEF**

Plaintiff Steven Jones, by and through his undersigned counsel Justin A. Okezie, Esq., respectfully moves this Honorable Court to grant Plaintiff an additional sixty (60) days to respond to Defendants' outstanding motions to dismiss and all other outstanding motions, orders, or requests. In support thereof, Plaintiff states the following:

1.  Plaintiff filed this action on or about September 21, 2007. At that time and until approximately March 6, 2008, Plaintiff was detained by the Bureau of Prisons at the Gilmer Federal Correctional Institution in Glenville, West Virginia.

2.  From the commencement of this action until approximately March 6, 2008, Plaintiff has responded to the orders of this Honorable Court in a timely fashion and has diligently prosecuted this action. For example, on or about November 30, 2007, Plaintiff responded to the first motion to dismiss filed by Defendants District of Columbia, Michael Boland, and Charles Ramsey. Plaintiff also moved to strike this motion to dismiss and requested that counsel be appointed to assist Plaintiff in prosecuting this action. In addition,

notwithstanding James Ritter's contention that he was not properly served because he was allegedly not employed by the District of Columbia's Metropolitan Police Department (where the complaint and summons were apparently served) at the time of service, Plaintiff has apparently effectuated service upon the parties to this action, despite being incarcerated since the commencement of the action.

3. On or about March 6, 2008, Plaintiff was involuntarily transferred from the Gilmer Federal Correctional Institution in Glenville, West Virginia to the District of Columbia's Central Detention Facility (which is colloquially known as "the D.C. Jail").

4. On or about July 22, 2008, staff counsel for this Honorable Court mailed a letter to counsel Justin A. Okezie, Esq., informing him that this Honorable Court had appointed Justin A. Okezie, Esq. to represent Steven Jones in this action *pro bono*.

5. Counsel Justin A. Okezie, Esq. attempted to contact Plaintiff via the Bureau of Prisons and was initially unable to do so. Counsel Justin A. Okezie, Esq. later ascertained that Plaintiff was in fact detained in the District of Columbia's Central Detention Facility, which is apparently not operated by the Bureau of Prisons.

6. The District of Columbia's Central Detention Facility has an inmate locator service that can be contacted by dialing the following telephone number: (877) 329-7894. Upon information and belief, Plaintiff's District of Columbia Department of Corrections ("D.C.D.C.") number is: 278-297. When one utilizes this inmate locator service and enters Plaintiff's D.C.D.C. number, the service states that Plaintiff is, as of the date of the filing of this motion, detained at the Central Detention Facility.

7. Counsel Justin A. Okezie, Esq. has visited Plaintiff in the Central Detention Facility and has spoken with a representative at the Central Detention Facility who has verified

that Plaintiff has, in fact, been detained in the District of Columbia's Central Detention Facility since March 6, 2008 and continues to be detained at that facility as of today's date. (Exhibit 1.)

8. Upon information and belief, due to Plaintiff's transfer to the Central Detention Facility, he did not receive any documents (including motions, orders and requests) filed or served after March 6, 2008 in time to respond to such motions, orders, or requests. Upon information and belief, due to the abrupt and unexpected nature of Plaintiff's involuntary transfer to the Central Detention Facility, Plaintiff was unable to make provisions for the prosecution of this action and was unable, despite reasonable diligence, to keep this Honorable Court or the parties involved in this action apprised of his location.

9. Contemporaneous with the filing of this motion, counsel Justin A. Okezie, Esq. is entering his appearance on behalf of Plaintiff and will be representing Plaintiff *pro bono* in this action from today's date forward.

WHEREFORE, Plaintiff requests as follows:

1. That this Honorable Court enter an order granting Plaintiff an additional sixty (60) days to respond to Defendants' outstanding motions to dismiss and all other outstanding motions, orders, or requests; and

2. For such other and further relief as this Honorable Court may deem just and proper under the circumstances.

Respectfully submitted,

\_\_/s/Justin A. Okezie, Esq._____
Justin A. Okezie, Esq. (#477593)
7272 Wisconsin Avenue, Suite 300
Bethesda, Maryland 20814
Telephone: (301) 941-1932
Facsimile: (240) 465-4481
Email: justin@okezielaw.com

3

  

Mr. Justin Okezie,
Esquire
7272 Wisconsin Avenue
Suite 300
Washington, D.C. 20814

Mr. Okezie,

Inmate Steven Jones, DCDC: 278287, has been in the custody with the D.C. Department of Corrections since March 6, 2008.

Sincerely

Shelley Chisholm
Supervisor, Records Office
CDF Jail

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STEVEN JONES,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 07-1674 (JR) |
|  | ) |
| **JAMES RITTER,** *et al.***,** | ) |
| **Defendants.** | ) |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Additional Time to Respond to Defendant's Motion to Dismiss and for Other Appropriate Relief, and good cause having been shown, it is this _____ day of _____, 2008,

ORDERED, the Motion be and hereby is Granted.

_____
U.S. District Court Judge  James K. Robertson

Case 1:07-cv-01674-JR   Document 31   Filed 08/29/2008   Page 6 of 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STEVEN JONES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-1674 (JR) |
| **JAMES RITTER,** *et al.*, | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing: (1) Plaintiff's Motion for Additional Time to Respond to Defendant's Motion to Dismiss and for Other Appropriate Relief (and Exhibit 1); (2) a Proposed Order; (3) an Entry of Appearance; and (4) this Certificate of Service were served by personal delivery on this 29th day of August, 2008 to the offices of:

Ms. Shana L. Frost, Esq. (#458021)
Assistant Attorney General
441 4th Street, NW 6th Floor South
Washington, DC 20001

Ms. Nicole L. Lynch, Esq. (#471953)
Chief, Section II
Assistant Attorney General
441 4th Street, NW 6th Floor South
Washington, DC 20001

/s/ Justin A. Okezie, Esq.
Justin A. Okezie, Esq.

  

Mr. Justin Okezie,
Esquire
7272 Wisconsin Avenue
Suite 300
Washington, D.C. 20814

Mr. Okezie,

Inmate Steven Jones, DCDC: 278287, has been in the custody with the D.C. Department of Corrections since March 6, 2008.

Sincerely

*Shelley*

Shelley Chisholm
Supervisor, Records Office
CDF Jail